IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STEPHANIE MAE BERRY MANN, As Natural and Legal Guardian and Parent of C.M., a Minor Child,<br><br>    Plaintiff,<br><br>v.<br><br>HH SAVANNAH, LLC,<br><br>    Defendant. | CASE NO. CV422-022 |

## O R D E R

On March 21, 2022, the Court directed Defendant HH Savannah, LLC, to file an amended notice of removal establishing that the Court has subject matter jurisdiction over this case. (Doc. 19 at 3.) Specifically, the Court notified Defendant that the notice of removal lacked information about the citizenship of Holders of Convertible OP Units. (Id.) The Court warned that the failure to comply would result in the case being remanded for lack of subject matter jurisdiction. (Id. at 4.) The Court also invited, but did not require, Plaintiff's argument on whether the Court has subject matter jurisdiction. (Id.)

On March 25, 2022, Defendant filed a Response to Order and Acceptance of Remand. (Doc. 20.) Therein, Defendant accepted remand and did not attempt to establish the citizenship of the Holders of Convertible OP Units or that subject matter jurisdiction

exists. (Id. at 1.) Plaintiff submitted no timely argument in response to the Court's order.

In the absence of an affirmative statement from either party, the Court is unable to conclusively determine Defendant's citizenship and that subject matter jurisdiction exists in this case. Accordingly, pursuant to 28 U.S.C. § 1447(c), this case is hereby **REMANDED** to the Superior Court of Chatham County, Georgia, for further proceedings. Following remand, the Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 11th day of April 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Parties' Joint Rule 26(f) Report (Doc. 17) and Brian D. Wright's Application for Admission Pro Hac Vice (Doc. 22) are therefore **DISMISSED AS MOOT**.